# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 16CR2989-AJB |
| vs. | JUDGMENT OF DISMISSAL |
| JORGE ANTONIO SALDIVAR (01) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

 21:952,960 - Importation of Marijuana (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 2/7/2017

Hon. Anthony J. Battaglia
United States District Judge